374 A.2d 698

Commonwealth v. Baker, Appellant.
Commonwealth v. McAfee, Appellant.

594

Ar-gued April 11, 1977. Charles Sheroke, for appellants; Robert Zunich, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

VAN der VOORT, J., absent.